# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| COLLEEN SLUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:17-cv-05192 |
| ) | |
| SEDGWICK CLAIMS MANAGEMENT ) | |
| SERVICES, INC; and WAL-MART ) | |
| STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this matter with prejudice. Each party shall bear its own costs and attorney's fees.

DATED: June 1, 2018

| | |
|---|---|
| /s/ Brandon W. Lacy | s/ J. Gordon Howard |
| Brandon W. Lacy (Ark Bar # 03098) | J. Gordon Howard (TN 26850) |
| WILCOX & LACY, PLC | RUSSELL & OLIVER, PLC |
| 600 South Main Street | 5178 Wheelis Drive |
| Jonesboro, AR 72401 | Memphis, Tennessee 38117 |
| Tel: (870) 931-3101 | Telephone: (901) 844-4449 |
| Fax: (870) 931-31002 | Facsimile: (901) 844-4435 |
| Email: blacy@wilcoxlacy.com | E-Mail: gordonh@russelloliverlaw.com |
| | |
| Attorneys for Plaintiff. | Attorneys for the Defendants. |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2018, I served a true and correct copy of the foregoing document upon all counsel of record by electronic filing in accordance with the Court's electronic filing program, and by properly addressed first class mail to any others.

J. Gordon Howard
RUSSELL & OLIVER, PLC
5178 Wheelis Drive
Memphis, Tennessee 38117

                                      /s/  Brandon W. Lacy