IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COLLEEN SLUSS**                                                                                              **PLAINTIFF**

NO.  17-5192

**SEDGWICK CLAIMS MANAGMENT
SERVICES, INC; and WAL-MART
STORES, INC.,**                                                                                                  **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 1st day of June, 2018, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,  IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


BY:  S. Cummings
      Deputy Clerk